No. 781. KYLES *v.* JAMES W. ELWELL & CO. ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Stuart B. Bradley* for respondents.

No. 802. SAN JUAN DARLINGTON, INC., *v.* NEGRON ET AL. Supreme Court of Puerto Rico. Motion of respondents to dispense with printing brief in opposition granted. Certiorari denied. *William G. Grant* and *Benicio F. Sanchez* for petitioner. *Santos P. Amadeo* for respondents. Reported below: 83 P. R. ——.

No. 557, Misc. PETHICK *v.* PATE, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se.* *William G. Clark,* Attorney General of Illinois, for respondent.

No. 569, Misc. FORD *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Richard D. Lee,* Deputy Attorney General, for respondents.

No. 638, Misc. WHITE *v.* SACKS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 644, Misc. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 785, Misc. MORONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.